**Appeal Dismissed and Memorandum Opinion filed March 31, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00912-CV

## KAREN KRISTINE SILVIO, Appellant

### V.

## BIRNAM WOOD-FAIRFAX HOMEOWNERS ASSOCIATION, INC., Appellee

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1046607**

## MEMORANDUM OPINION

This is an appeal from an order signed October 13, 2014. On December 16, 2014, this court abated the appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 14-36744. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed. The parties failed to advise this court of the bankruptcy court action.

On February 27, 2020, this court issued an order stating that unless any party to the appeal filed a motion demonstrating good cause to retain the appeal within twenty days of the date of the order, this appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). No response was filed.

Accordingly, we reinstate the appeal and order it dismissed.


PER CURIAM


Panel consists of Justices Bourliot, Hassan, and Poissant.